TOBE SHEFFIELD v. THE STATE.

No. 4554.   Decided June 27, 1917.

**Theft—Indictment—Practice on Appeal.**

Where, upon trial of theft, the record on appeal showed that the indictment was sufficient the judgment must be affirmed, in the absence of bills of exception and assignments of error.

Appeal from the District Court of Hays.   Tried below before the Hon. Frank S. Roberts.

Appeal from a conviction of theft; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, JUDGE.—The judgment in this case condemns appellant to two years confinement in the State penitentiary for theft.

The indictment is sufficient, charging a felony.   The charge is not complained of by any bill of exceptions sufficiently presenting the issues. The judgment and sentence on verdict of the jury are regular.   The rulings of the trial court are not complained of in any assignment of error and the record is without statement of facts.

The judgment of the lower court is affirmed.

*Affirmed.*